大成 DENTONS

**Karla Del Pozo García**
Associate

karla.delpozogarcia@dentons.com
D  +1 212-768-5328

Dentons US LLP
1221 Avenue of the Americas
New York, NY 10020-1089
United States

dentons.com



**MEMO ENDORSED**

October 25, 2021

**VIA ECF**

The Honorable Judge Katherine Polk Failla
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

Re: *Slade v. Groomit for Pets, LLC*, Case No. 1:21-cv-05259-KPF

Dear Judge Failla:

We represent Defendant Groomit for Pets, LLC ("Defendant") in the above-referenced matter. Together with counsel for plaintiff, we jointly and respectfully move this Court to stay all case deadlines in this action for forty five (45) days, from October 25, 2021 to December 9, 2021.

This requested stay will permit the parties to finalize their efforts to bring about the voluntary dismissal of all claims asserted in this action without further litigation. Once those efforts are complete, voluntary dismissal will be filed.

Respectfully submitted,

*/s/ Karla Del Pozo García*
Karla Del Pozo García

cc: All counsel of record (by ECF)

Sirote ▶ Adepetun Caxton-Martins Agbor & Segun ▶ Davis Brown ▶ East African Law Chambers ▶ Eric Silwamba, Jalasi and Linyama ▶ Durham Jones & Pinegar ▶ LEAD Advogados ▶ Rattagan Macchiavello Arocena ▶ Jiménez de Aréchaga, Viana & Brause ▶ Lee International ▶ Kensington Swan ▶ Bingham Greenebaum ▶ Cohen & Grigsby ▶ Sayarh & Menjra ▶ For more information on the firms that have come together to form Dentons, go to dentons.com/legacyfirms

Application GRANTED.  The Court hereby STAYS the proceedings until December 9, 2021.  The initial pretrial conference scheduled for November 30, 2021, is hereby ADJOURNED sine die.  In the event that the settlement agreement is not successfully executed within that time, the parties are directed to submit a letter on or before December 9, 2021, regarding the status of settlement discussions and their proposed next steps.

Further, the Clerk of Court is directed to terminate the pending motion at docket number 12.

Dated:     October 25, 2021           SO ORDERED.
           New York, New York

*Katherine Polk Failla*

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE